IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| REYNALDO REYES | § | CASE NO: 05-46591 |
| Debtor(s) | § | |
| | § | CHAPTER 7 |

## MEMORANDUM OPINION REGARDING CIVIL CONTEMPT

Reynaldo Reyes, the Debtor, filed Case No. 05-37293 on May 6, 2005. The case was dismissed on July 26, 2005 with prejudice against refiling for a period of 180 days. The Debtor subsequently filed the present case on October 3, 2005, in direct violation of the Court's directive. Further, the Debtor's petitions were apparently filed in an effort to frustrate creditors' efforts with respect to his homestead, with no genuine attempt to reorganize.

The Court entered an order on October 21, 2005 directing the Debtor to appear at a hearing scheduled for November 3, 2005. Notice of the hearing was mailed to the Debtor at his address of record: 15922 Mill Hollow Drive, Houston, Texas 77084. The Debtor failed to appear at the November 3, 2005 hearing. The Court dismissed the present case and continued the show cause hearing to December 1, 2005. Again, the Debtor failed to appear.

The Court orders the Clerk to serve a copy of this Memorandum Opinion and the related Bench Warrant for civil contempt to the United States Marshals Service. The United States Marshals Service is directed to arrest and produce Reynaldo Reyes before this Court.

SIGNED 12/01/2005.

MARVIN ISGUR
United States Bankruptcy Judge